No. 649.   Toucey v. New York Life Insurance Co.
February 25, 1946.

No. 706.   Eagle v. Cherney et al.   February 25, 1946.

No. 78, Misc.   McMahan v. Bennett, Director.
February 25, 1946.   326 U. S. 697.

No. 79, Misc.   Kinner Motors, Inc. v. Beaumont,
U. S. District Judge.   February 25, 1946.   326 U. S. 697.

No. 82, Misc.   Smith v. Maguire, Justice, et al.   February 25, 1946.   326 U. S. 698.

No. 83, Misc.   Harding v. LaGuardia, Mayor, et al.
February 25, 1946.   326 U. S. 698.

No. 653.   Gas Ridge, Inc. v. Suburban Agricultural
Properties, Inc.   February 25, 1946.   326 U. S. 796.

No. 667.   West v. Commissioner of Internal Revenue (326 U. S. 795);
No. 668.   West v. Commissioner of Internal Revenue (326 U. S. 795);
No. 669.   Estate of West et al. v. Commissioner of
Internal Revenue (326 U. S. 796); and
No. 670.   West v. Commissioner of Internal Revenue (326 U. S. 796).   February 25, 1946.   Mr. Justice
Rutledge took no part in the consideration or decision
of these applications.